Carl D. Crowell, OSB No. 982049
email:  carl@crowell-law.com
Drew P. Taylor, OSB 135974
email: drew@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **COBBLER NEVADA, LLC**, | Case No.: 3:15-cv-01991-ST |
| Plaintiff, | |
| v. | PLAINTIFF'S RULE 7.1 DISCLOSURE |
| **USERS OF POPCORN TIME, et al,** | |
| Defendants. | |

PLAINTIFF'S RULE 7.1 DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff states that other than ownership

by Voltage Pictures, LLC, they do not have a parent corporation and no publicly held

corporation owns 10% or more of their stock.

 DATED: October 22, 2015.

Respectfully submitted,

CROWELL LAW

*/s/ Carl D. Crowell*
Carl D. Crowell, OSB No. 982049
carl@crowell-law.com
Drew P. Taylor, OSB No. 135974
drew@crowell-law.com
503-581-1240
Of attorneys for the plaintiff